1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12   JOSHUA E HERNANDEZ, | Case No. 1:25-cv-00522 JLT SAB |
| 13           Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING |
| 14      v. | MOTION TO REMAND OR ALTERNATIVELY DECLINE TO EXERCISE SUPPLEMENTAL |
| 15   TESLA, INC., | JURISDICTION |
| 16          Defendant. | (Doc. 15) |

17    Tesla, Inc. removed this action to this Court on May 5, 2025.  (Doc. 1.)  On June 4, 2025,

18 Joshua E Hernandez moved to remand it back to state court or to have the Court decline the

19 exercise of supplemental jurisdiction over state-law claims.  (Doc. 7.)  The Court referred the

20 motion to the assigned magistrate judge (Doc. 8), and on July 17, 2025, the magistrate judge

21 issued findings and recommendations recommending that the motion be denied in full.  (Doc.

22 15.)  That same order informed the parties that they had fourteen days within which to object to

23 the findings and recommendations.  (*Id.*)  The time for filing objections has passed and neither

24 party has done so.

25    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted

26 a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the

27 findings and recommendations to be supported by the record and by proper analysis.

28 Accordingly, the Court ORDERS:

1.  The findings and recommendations (Doc. 15) filed July 17, 2025, are **ADOPTED IN FULL**.

2.  This motion to remand or to decline to exercise supplemental jurisdiction (Doc. 7) is **DENIED**.

IT IS SO ORDERED.

Dated:  __**August 1, 2025**__

UNITED STATES DISTRICT JUDGE