# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA E HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TELSA, INC.,<br><br>　　　　Defendant. | Case No. 1:25-cv-00522-JLT-SAB<br><br>ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 21) |

On December 22, 2025, the parties filed a stipulation to allow Plaintiff to file a first amended complaint in this action. (ECF No. 21.) Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file his first amended complaint within twenty-one (21) calendar days of the date this Order is filed; and

2. Defendant shall file responsive pleadings within the time required by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **December 23, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1