# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA E. HERNANDEZ,<br>Plaintiff,<br>v.<br>TESLA, INC.,<br>Defendant. | Case No. 1:25-cv-00522-JLT-SAB<br>ORDER REGARDING STIPULATION TO MODIFY THE SCHEDULING ORDER<br>(ECF No. 25) |

Pending before the Court is the timely stipulation from the parties to modify certain dates in the scheduling order. For good cause shown, the Court approves the stipulation and ORDERS the following dates in the scheduling order are modified:

1. Defendant Tesla, Inc.'s deposition pursuant to Federal Rule of Civil Procedure 30(b)(6), together with the production of documents pursuant to the associated deposition notice, may proceed on **October 7, 2026**, notwithstanding the September 16, 2026 non-expert discovery cutoff;
2. The deadline for initial expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) is extended from September 23, 2026 to **October 12, 2026**;
3. The deadline for supplemental expert disclosures is extended from October 7, 2026 to **October 26, 2026**;

4. The deadline for completion of expert discovery is extended from October 21, 2026 to **November 4, 2026**; and

5. The scheduling order otherwise remains controlling. (ECF No. 20.)

IT IS SO ORDERED.

Dated: **September 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge